DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ABDIKADIR MOHAMED GASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ABDIKADIR MOHAMED GASS, <br><br> Defendants. | NO. 1:09-cr-00057 OWW <br><br> ORDER REGARDING HEARING ON DEFENDANT ABDIKADIR MOHAMED GASS' MOTION FOR DISCOVERY <br><br> Judge: Hon. Oliver W. Wanger |

On July 27, 2009, the Court heard Defendant Abdikadir Mohamed Gass' motion for discovery. Upon consideration of the written and oral arguments of the parties, AND GOOD CAUSE APPEARING, the Court hereby issues the following order:

1. The government shall produce, by August 15, 2009, any and all laboratory reports or chemical analysis regarding the khat which is the subject of the events and charges alleged in the indictment.

2. The government shall produce, by August 15, 2009, any and records which concern the shipping or delivery of the khat that is the subject of the events, activities and charges alleged in the indictment.

3. The government shall produce, by August 15, 2009, any and all statements, written or oral, made by defendant to government agents.

4. The government shall produce, by August 15, 2009, any evidence that any prospective government witness has engaged in any criminal act, whether or not resulting in conviction. As to any confidential informant, such information shall be disclosed to the defense no later than 10 court days prior to trial.

5. The parties shall designate experts 60 days prior to trial, rebuttal experts shall be designated 40 days prior to trial.

IT IS SO ORDERED.

Dated:   July 31, 2009                              /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE