DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ABDIKADIR MOHAMED GASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-00057 OWW |
| *Plaintiff*, | ORDER REGARDING HEARING ON DEFENDANT'S MOTIONS *IN LIMINE* |
| v. | |
| ABDIKADIR MOHAMED GASS, | Judge: Hon. Oliver W. Wanger |
| *Defendants*. | |

On December 13, 2010, the Court heard Defendant Abdikadir Mohamed Gass's motions *in limine*. Upon consideration of the written and oral arguments of the parties, AND GOOD CAUSE APPEARING, the Court hereby issues the following order:

1. Motion I, the Court grants the defense's request to permit limited attorney-conducted voir dire.

2. Motion II, the Court grants the defense's request to preclude the government from offering FRE 404(b) evidence.

3. Motion III, the Court denies the defense's request however, the Court orders the government to disclose the experts, and their resume or curriculum vitae, it intends to call concerning chemical or substance analysis by December 14, 2010.

4. Motion IV, the Court denies the defense's request as concerns expert testimony of chemical or substance analysis. The Court denies the defense's request, without prejudice, as to DEA Special Agent Peter Vainauskas. The Court orders the government to provide to the defense, by December 14, 2010,

1  supplemental disclosures which consist of agent Vainauskas' opinions, and the basis and reasons for those
2  opinions, which the government intends to offer into evidence.  Upon receipt of the government's
3  supplement disclosures, defendants may renew their request for an in limine hearing regarding the
4  admissibility of agent Vainauskas' opinions.  The Court further orders that the government shall not offer
5  into evidence any testimony, or other evidence, which refers to, or references, terrorism or terrorist
6  activity.

7       5.   Motion V, the Court grants the request to exclude from the government's case in chief the
8  testimony of any witnesses whose criminal conduct has not been disclosed prior to today's hearing, held
9  on December 13, 2010.

12 IT IS SO ORDERED.

13 **Dated:   December 16, 2010**            **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

Order Regarding Hearing
on Defendant's Motions *In Limine*                    -2-