IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:09-CR-00057  LJO |
| | ) | |
| Plaintiff, | ) | ORDER ON DEFENDANT'S MOTION TO DISMISS INFORMATION AGAINST |
| | ) | DEFENDANT ABDIKADIR MOHAMED |
| vs. | ) | GASS |
| | ) | |
| ABDIKADIR MOHAMED GASS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has received and reviewed the Defendant's Motion for Order of Dismissal pursuant to the deferred prosecution agreement.  The Court has also received the Governement's Response indicating that the Government does not oppose the motion to dismiss ONLY Defendant Abdikadir Mohamed Gass Hersi.  The Government agrees that the defendant has not suffered any new convictions and has therefore complied with the terms of the deferred prosecution agreement.

The motion is GRANTED, the hearing set for April 23 is vacated, and the Superceding Information is dismissed as to Defendant Abdulkadir Mohamed Bass Hersi ONLY.

IT IS SO ORDERED.

**Dated:    April 18, 2012**                                   **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE