IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   ) <br>   Plaintiff, ) <br>   ) <br>   vs. ) <br>   ) <br>ABDIKADIR MOHAMED GASS )<br>   ) <br>   Defendant. ) <br>   ) | No. 1:09-CR-00057  LJO <br><br>AMENDED ORDER ON DEFENDANT'S MOTION TO DISMISS INFORMATION AGAINST DEFENDANT ABDIKADIR MOHAMED GASS (Defendant No. 6) |

The Court has received and reviewed the Defendant's Motion for Order of Dismissal pursuant to the deferred prosecution agreement.  The Court has also received the Governement's Response indicating that the Government does not oppose the motion to dismiss ONLY Defendant ABDIKADIR MOHAMED GASS.  The Government agrees that the defendant has not suffered any new convictions and has therefore complied with the terms of the deferred prosecution agreement.

The motion is GRANTED, the hearing set for April 23 is vacated, and the Superceding Information is dismissed as to Defendant ABDIKADIR MOHAMED GASS ONLY.

IT IS SO ORDERED.

**Dated:   April 19, 2012**                             **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE

1